IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
File No.: ___:23-cv- ___________

| | |
|---|---|
| DAVID NOTASH and KELLY HAMLIN,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL MILITARY MANAGEMENT, INC.; A-WORLD MOVING SYSTEMS, INC.; MAYFLOWER TRANSIT, LLC; UNITED VAN LINES, LLC; FAYETTEVILLE MOVING & STORAGE, INC. a/k/a FAYETTEVILLE MOVING GROUP (STATE M&S/CUSTOM M&S);<br><br>Defendants. | **COMPLAINT**<br>**(JURY TRIAL DEMANDED)** |

**COMES NOW** Plaintiff, David Notash and Kelly Hamlin, by and through his undersigned attorney, for their Complaint against the Defendants, Total Military Management, Inc.; A-World Moving Systems, Inc.; Mayflower Transport, LLC; United Van Lines, LLC, and Fayetteville Moving & Storage, Inc. a/k/a Fayetteville Moving Group (State M&S/Custom M&S), and states as follows:

## PARTIES & JURISDICTION

1. Plaintiff David Notash is a U.S. citizen and resident of Cameron, North Carolina.
2. Plaintiff Kelly Hamlin is a U.S. citizen and resident of Cameron, North Carolina.
3. Upon information and belief, Defendant Total Military Management, Inc. (hereinafter "TMM") is a corporation organized and existing under the laws of Florida, with a principal place of business at 8445 Western Way, Jacksonville, FL 32256.
4. Upon information and belief Defendant A-World Moving Systems, Inc. (hereinafter "AWMB") is a corporation organized and existing under the laws of the State of Washington, with a principal place of business at 1770 NE Fuson Road, Suite B, Bremerton, WA 98311.

5. Upon information and belief Defendant Mayflower Transit, LLC (hereinafter “Mayflower) is a limited liability company organized and existing under the laws of the State of Missouri with a principal place of business at One Premier Drive, Fenton, MO 63026.
6. Upon information and belief Defendant United Van Lines, LLC (hereinafter “United”) is a limited liability company organized and existing under the laws of the State of Missouri, with a principal place of business at One Premier Drive, Fenton, MO 63026.
7. Upon information and belief, Fayetteville Moving & Storage, Inc. a/k/a Fayetteville Moving Group (State M&S/Custom M&S) (hereinafter “Fayetteville M&S”) is a corporation organized and existing under the laws of North Carolina with a principal place of business at 3715 Ramsey Street, Fayetteville, NC 28311.
8. This Court has federal jurisdiction pursuant to 28 U.S.C. §1331 as this action arises from the carriage of goods in interstate commerce and is governed by the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. §14706 and/or federal common law.
9. This Court has jurisdiction over any remaining claims in this action pursuant to 28 U.S.C. § 1367.
10. Venue for this action is proper in this District pursuant to 28 U.S.C. § 1391.

## FACTS

11. Plaintiffs incorporate for reference the proceeding paragraphs.
12. On or about January 26, 2021, Plaintiffs entered into a contract with Defendant TMM on behalf of Defendant AWMB to have the contents of their home located at 7536 Thornwood Drive, Albuquerque, NM 87120 packed and moved into temporary storage-in-transit located at the State Moving & Storage, Inc. located at 3715 ½ Ramsey Street, Fayetteville, NC 28311.
13. The contract further dictated that Plaintiffs’ household contents would later be moved from the temporary storage-in-transit to Plaintiffs’ final destination.
14. On or about March 4, 2021, Defendant Mayflower issued a Bill of Lading to Plaintiffs with a Pack Date of March 4, 2021, an agreed Pick Up Date of March 8, 2021, and an Agreed Delivery Date of March 22, 2021.
15. On or about March 4, 2021, Defendant United issued Plaintiffs a Household Goods Descriptive Inventory.

16. Plaintiffs' household contents were packed and loaded in good order and condition on or about March 4, 2021.
17. Plaintiffs' household contents were picked up on March 9, 2021.
18. Plaintiffs' household contents were delivered to the temporary storage-in-transit location on March 16, 2021.
19. On May 11, 2021, Plaintiffs' household contents were delivered to their final destination located at 48 Buckeye Place, Cameron, NC 28326 and unpacked by Defendant Fayetteville M&S.
20. During the unpacking, Plaintiffs noted that several of their household items sustained damages that were not present prior to packing and moving.
21. A Notification of Loss or Damage at Delivery form was provided to Plaintiffs.
22. Plaintiffs filed a claim with Defendant TMM on October 26, 2021.
23. On or about November 30, 2021, Defendant TMM had an appraiser from Weathersby Guild inspect Plaintiffs' contents to document the damages that were sustained.
24. Defendant TMM initially offered to settle Plaintiffs' claim based on the evaluation from Defendant's appraiser. The evaluation was significantly less than the damages that Plaintiffs suffered, and the offer was rejected.
25. Defendant TMM requested that Plaintiffs provide third-party appraisals and valuation of damaged items. Plaintiff provided values for damages sustained and utilized the previous inspection report from Weathersby Guild in conjunction with correspondence from the Jeff Weathersby (Weathersby Guild) to calculate the cost of repair and/or replacement for the damaged household items, not including shipping costs for said items.
26. Defendant TMM's final offer to settle Plaintiffs claim was on August 2, 2022, which Plaintiffs did not accept as this amount did not represent the actual loss or injury to Plaintiffs property caused by the carriers.
27. Plaintiffs' claim has still not been resolved.

## FIRST CAUSE OF ACTION

28. Plaintiffs reallege the allegations set forth in the preceding paragraphs.
29. The Carmack Amendment, codified at 49 U.S.C. §14706, imposes liability on a carrier for all losses relating to goods it transports in interstate commerce.

30. By reason of the foregoing, as well as the relevant representations, the contract of carriage, and course of conduct, Defendants Mayflower and United were carriers and/or forwarder and/or freight forwarder within the meaning of the Carmack Amendment, 49 U.S.C. §14706, and materially deviated from and breached its duties and obligations under that law and/or under the contract of carriage and/or other applicable contracts or law.
31. Defendants Mayflower and United, on their own or through its contractors and agents, took physical possession of Plaintiffs household contents, which were then in good order and condition.
32. When the contents were delivered by Defendant Fayetteville M&S to Plaintiffs, there was evidence of loss and damage to the subject cargo.
33. The aforesaid loss and damage rendered many items unfit for intended usage.
34. The aforesaid loss and damage occurred while Plaintiffs' household items were in the care, custody and control of Defendants Mayflower and United.
35. Said loss and damage to Plaintiffs' household contents was the result of Defendants' failure to properly carry and care for the contents during the subject interstate transportation and its fundamental breaches of, and material deviations from, the governing carriage contract.
36. The damage to the items was not caused by circumstances which would give rise to a defense or exception to liability under the Carmack Amendment, federal common law, or the governing contract of carriage.
37. By reason of the aforesaid, Defendants have proximately caused damage, loss, and expense to Plaintiffs in an amount to be proven at trial.
38. Defendants are liable to Plaintiffs for damages under the Carmack Amendment.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs hereby pray for the following relief:

a. An award for property damage to Plaintiffs;
b. An award for loss of use of household items to Plaintiffs;
c. An award of prejudgment and post-judgment interest on damages;
d. An award for other damages recoverable in law, equity, the full extent of which will be proven at trial by Plaintiffs;
e. For a trial by jury;

f. For such other and further relief as this Court deems just and proper.

THIS the 20th day of October, 2023.

**WOODEN BOWERS, PLLC**

s/Walter L. Bowers, Jr.
Walter L. Bowers, Jr., NC State Bar No. 47590
10130 Mallard Creek Road, Suite 300
Charlotte, North Carolina 28262
Telephone: 704-665-5838
Facsimile: 704-973-9380
wbowers@wbvlaw.com
*Attorney for Plaintiff*