IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID NOTASH and KELLY HAMLIN, )
)
        Plaintiff, )
)
v. )   1:23CV890
)
TOTAL MILITARY MANAGMENT, INC., )
et al., )
)
        Defendants. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 14, 2024, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice as to any claim(s) against Defendants A-World Moving Systems, Inc., and Fayetteville Moving & Storage, Inc., pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

                                          /s/ Thomas D. Schroeder
                                     United States District Judge

June 13, 2024