IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID NOTASH and KELLY HAMLIN,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL MILITARY MANAGEMENT, INC.; MAYFLOWER TRANSIT, LLC; UNITED VAN LINES, LLC;<br><br>Defendants. | File No.: 1:23-cv-00890-UA-LPA<br><br>**TOTAL MILITARY MANAGEMENT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Total Military Management, Inc. provides the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

Total Military Management, Inc. has the following parent and publicly held corporations that own more than 10 percent of its stock:

1. TMMI Holding Company (parent) (not publicly traded)

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case**:

1. TMMI Holding Company (parent) (not publicly traded)

This 23rd day of July, 2024.

Respectfully Submitted,

s/ C. Fredric Marcinak

C. Fredric Marcinak, III (# 38331)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
*Attorney for Defendants*