IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DAVID NOTASH and KELLY HAMLIN,    )
                                   )
              Plaintiffs,          )
                                   )
     v.                            )         1:23CV890
                                   )
TOTAL MILITARY MANAGEMENT, INC.,   )
et al.,                            )
                                   )
              Defendants.          )
```

## ORDER

On February 25, 2025, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Mayflower Transit, LLC and United Van Lines, LLC's Partial Motion to Dismiss Counts II-IV (Doc. 26) is GRANTED and Total Military Management, Inc.'s Partial Motion to Dismiss (Doc. 28) is GRANTED IN PART and DENIED IN PART as follows: the motion is DENIED as to the Carmack Amendment claim (Count I) and GRANTED as to the negligence and unfair and deceptive trade practices claims (Counts II and IV).

March 18, 2025

/s/   Thomas D. Schroeder
United States District Judge