| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:23-cv-00890-TDS-LPA |
|---|---|
| Name of Plaintiff(s):<br>David Notash and Kelly Hamlin,<br><br>**VERSUS**<br>Name of Defendant(s):<br>Total Military Management, Inc., Mayflower Transit, LLC, United Van Lines. | **REPORT<br>OF<br>MEDIATOR**<br><br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: Kenneth P. Karlson, Esq. | |
| Telephone No.: 336-721-6843 | ☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |
| E-Mail Address: kcarlson@constangy.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☒ was held on June 12, 2025 (date)

☐ was NOT held because ______

2. **Attendance**

☒ No Objection was made on the grounds that any required attendee was absent.

☐ Objection was made by ______

3. **Outcome**

☒ Complete settlement of the case

☐ Conditional settlement or other disposition

☐ Partial settlement of the case

☐ Recess (i.e., mediation to be resumed at a later date)

☐ Impasse

☐ Additional Information: ______

4. **Settlement Filings**

a) The document(s) to be filed to effort the settlement are Stipulation to Dismiss

b) The person responsible for filing the document(s) is Plaintiff's counsel, Walter L. Bowers, Esq.

c) The agreed deadline for filing the document(s) is to be determined

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

[signature] 6/16/25

Mediator Signature Date

**RECEIVED**
*By Melisa Bond at 12:00 pm, Jun 17, 2025*