**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT NORTH CAROLINA**

| | | |
|---|---|---|
| DAVID NOTASH and KELLY HAMLIN,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL MILITARY MANAGEMENT, INC.; MAYFLOWER TRANSIT,LLC; UNITED VAN LINES, LLC,<br><br>Defendants. | ) | Case No.: 1:23-cv-00890-TDS-LPA |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, all matters having been fully settled, compromised, and adjusted, the captioned action, including all claims, counterclaims, and crossclaims, is voluntarily dismissed and discontinued, with prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This the 10th day of July, 2025.

[*SIGNATURES ON FOLLOWING PAGE*]

**WOODEN BOWERS VINSON, PLLC**
*Attorney for Plaintiffs, David Notash and Kelly Hamlin*

By: *s/Walter Bowers*
Walter Bowers
10130 Mallard Creek Road, Ste 300
Charlotte, NC 28262
Tel: (704) 665-5838
walter.bowers@wobolaw.com

**MOSELEY MARCINAK LAW GROUP, LLP**
*Attorney for Defendants, Total Military Management, Inc., Mayflower Transit, LLC, and United Van Lines, LLC*

By: *s/C. Fredric Marcinak*
C. Fredric Marcinak III
PO Box 26148
Greenville, SC 29616
Tel : (864) 248-6025
fred.marcinak@momarlaw.com